# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 11, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-1288,   US v. Arthur Stover
               3:20-cv-00579-RJC-DCK

TO:   Arthur T. Stover
      Gigi Stover

MOTION DUE:  April 16, 2024

Please file the motion identified below by the due date indicated using the **MOTION** entry.

| | |
|---|---|
| [X] **MOTION / file addendum/attachment.** Opening brief contains improper addendum material. | |
| Addenda & Attachments to Briefs | Statutes, rules, and regulations requiring study by the court and unpublished dispositions that are not available in a publicly accessible electronic database may be included in an addendum at the end of the brief. If counsel wishes to supplement the brief with any other matters, the additional material must be presented to the court under separate cover, accompanied by a motion to file the material as an attachment to the brief. |

Emily Borneisen, Deputy Clerk
804-916-2704